# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2018-0642, <u>State of New Hampshire v. Jessica Sanville</u>, the court on July 11, 2019, issued the following order:**

Having considered the brief, memorandum of law, and limited record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendant, Jessica Sanville, appeals the decision of the Circuit Court (<u>Vetanze</u>, J.), following a bench trial, finding her guilty of using a hand-held mobile electronic device while driving, first offense, a violation. <u>See</u> RSA 265:79-c (Supp. 2018). We construe her brief to argue that the evidence was insufficient to prove that she used her cellular telephone while she was driving a motor vehicle or temporarily halted in traffic on a way. <u>See</u> <u>id</u>.

The defendant, as the appealing party, has the burden to provide this court with a sufficient record to decide her issues on appeal and to demonstrate that she raised the issues in the trial court. <u>State v. Winward</u>, 161 N.H. 533, 542 (2011); <u>see</u> <u>also</u> <u>Sup. Ct. R.</u> 15(3) ("If the moving party intends to argue in the supreme court that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, he shall include in the record a transcript of all evidence relevant to such finding or conclusion."); <u>Town of Nottingham v. Newman</u>, 147 N.H. 131, 137 (2001) (rules of appellate practice not relaxed for self-represented litigants).

The defendant failed to provide a transcript of the trial. Absent a transcript, we must assume that the evidence was sufficient to support the trial court's findings. <u>See</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 396 (1997). Accordingly, we assume that the evidence was sufficient to support the court's finding that she used her cellular telephone while she was driving a motor vehicle or temporarily halted in traffic on a way. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**
